# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAM D. WRIGHT, ) | CASE NO. 8:09CV308 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MEMORANDUM |
| ) | AND ORDER |
| DOUGLAS COUNTY SHERIFF ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on Plaintiff's Motion to Appoint Counsel. (Filing No. 15.) The court dismissed this matter without prejudice and entered Judgment on December 1, 2009, and the Motion is therefore moot. (Filing Nos. 13 and 14.)

IT IS THEREFORE ORDERED that: Plaintiff's Motion to Appoint Counsel (Filing No. 15) is denied as moot.

DATED this 17th day of February, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge